1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant JUAN CARLOS CEJA

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>    v.                               )<br>                                     )<br> JUAN CARLOS CEJA,                   )<br>                                     )<br>         Defendant.                  )<br>                                     )<br>_____) | No.   CR 10-0312 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>DATE FROM MAY 17, 2010 TO JULY<br>12, 2010 AND EXCLUDING TIME<br>BETWEEN MAY 17, 2010 AND JULY<br>12, 2010 UNDER 18 U.S.C. § 3161 |

## STIPULATION

The parties are scheduled to appear before this Court for status or change of plea on May 17, 2010.  The defense requests that the matter be continued because no substantive issues can be addressed at the May 17, 2010 court appearance; undersigned defense counsel requires additional time to review discovery, investigate the case and meet with her client at Santa Rita Jail.  Based on the schedules of counsel and the Court, undersigned defense counsel requests that the matter be continued to July 12, 2010 or some date thereafter convenient to the Court.  The government has no objection to this request.

The parties also agree that the time between May 17, 2010 and July 12, 2010 should be

STIP. & ORDER
No. CR 10-0312 MHP            - 1 -

1  excluded under the Speedy Trial Act. The continuance is necessary for effective preparation of
2  counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of
3  justice served by granting such a continuance outweigh the best interests of the public and the
4  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5  SO STIPULATED:

6            JOSEPH P. RUSSONIELLO
          United States Attorney

8  DATED: May 14, 2010         /s/
9            KATHRYN HAUN
          Assistant United States Attorney

11  DATED: May 14, 2010         /s/
12            SHAWN HALBERT
          Assistant Federal Public Defender

14  **ORDER**

15  For the reasons stated above, the Court finds that the continuance of time for the next hearing
16  before this Court from May 17, 2010 to July 12, 2010 is warranted. Further, the Court finds that an
17  exclusion of time under the Speedy Trial Act between May 17, 2010 and July 12, 2010 is
18  appropriate because the failure to grant the requested continuance would deny the defense effective
19  preparation of counsel and continuity of counsel; thus, the ends of justice served by the continuance
20  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161
21  (h)(7)(A), (h)(7)(B)(iv).

23  SO ORDERED.

25  DATED: 5/14/2010
26            THE HONORABLE MARILYN H. PATEL
          United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

STIP. & ORDER
No. CR 10-0312 MHP