1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA  94102
4 | Telephone:  (415) 436-7700

5 | Counsel for Defendant JUAN CARLOS CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR 10-0312 MHP |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING NEXT COURT DATE FROM JULY 12, 2010 TO JULY |
| v. | ) ) | 19, 2010 AND EXCLUDING TIME BETWEEN JULY 12, 2010 AND JULY |
| JUAN CARLOS CEJA, | ) ) | 19, 2010 UNDER 18 U.S.C. § 3161 |
| Defendant. | ) ) ) | |

**STIPULATION**

The parties are scheduled to appear before this Court for status or change of plea on July 12, 2010.  The parties have reached a plea agreement and request that the matter be continued by one week simply to finalize all of the necessary paperwork.

The parties also agree that the time between July 12, 2010 and July 19, 2010 should be excluded under the Speedy Trial Act for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

STIP. & ORDER
No. CR 10-0312 MHP                - 1 -

1  SO STIPULATED:

2                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
3

4
   DATED: July 9, 2010                              /s/
5                                            KATHRYN HAUN
                                             Assistant United States Attorney
6

7
   DATED: July 9, 2010                              /s/
8                                            SHAWN HALBERT
                                             Assistant Federal Public Defender
9

10                                     **ORDER**

11    For the reasons stated above, the Court finds that the continuance of time for the next hearing

12 before this Court from July 12, 2010 to July 19, 2010 is warranted.  Further, the Court finds that an

13 exclusion of time under the Speedy Trial Act between July 12, 2010 to July 19, 2010 is appropriate

14 because the failure to grant the requested continuance would deny the defense effective preparation

15 of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the

16 public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

17

18 SO ORDERED.

19

20 DATED: 07/09/10
                                             _____
21                                           THE HONORABLE MARILYN HALL PATEL
                                             United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]

STIP. & ORDER
No. CR 10-0312 MHP                           - 2 -