BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant JUAN CARLOS CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 10-0312 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM SEPTEMBER 20, 2010 TO OCTOBER 25, 2010 |
| v. | |
| JUAN CARLOS CEJA, | |
| Defendant. | |

## STIPULATION

Defendant Juan Carlos Ceja pled guilty pursuant to a "fast-track" agreement on July 26, 2010, in which he admitted to violating 8 U.S.C. § 1326.  Sentencing was set for September 20, 2010 at 9:00 a.m. and the Court referred Mr. Ceja for a modified criminal-history-only PSR.  Undersigned counsel represents that when she contacted U.S. Probation on September 15, 2010 to inquire about the status of the report, she was informed that preparation of the report had not been assigned to a probation officer.

The parties request that the matter be continued to October 25, 2010 for sentencing so that U.S.

///

STIP. & ORDER
No. CR 10-0312 MHP                          - 1 -

1  Probation can prepare its report.

2  SO STIPULATED:

3                                          MELINDA HAAG
                                           United States Attorney
4

5
   DATED: September 16, 2010                        /s/
6                                          KATHRYN HAUN
                                           Assistant United States Attorney
7

8
   DATED: September 16, 2010                        /s/
9                                          SHAWN HALBERT
                                           Assistant Federal Public Defender
10

11                              **ORDER**

12     For the reasons stated above, the Court continues the sentencing in this matter from September

13  20, 2010 to October 25, 2010 at 9:00 a.m.

14

15  SO ORDERED.

16

17  DATED:__9/17/2010___    _____
                            THE HONORABLE MARILYN H. PATEL
18                          United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

STIP. & ORDER
No. CR 10-0312 MHP              - 2 -